UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNIQUE SPORTS PRODUCTS, INC.,<br>Plaintiff,<br><br>vs.<br><br>FERRARI IMPORTING COMPANY<br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1: 09-cv-660-TWT |

## JUDGMENT

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, having directed the Clerk to enter judgment, it is

**Ordered and Adjudged** that judgment is entered in favor of Unique Sports Products, Inc. on Ferrari Importing Company's affirmative defenses that the Plaintiff's trademark is invalid and unenforceable, and in favor of Ferrari Importing Company on Unique Sports Products, Inc.'s claim for infringement.

Dated at Atlanta, Georgia, this 28th day of October, 2011.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 28, 2011
James N. Hatten
Clerk of Court

By: _____
Deputy Clerk